## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, KYLE M. WILLIAMS, submit this affidavit in support of a complaint, charging Kevin YOUNG ("YOUNG") with violation of 18 U.S.C. § 922(g)(1) to wit: Felon in Possession of a Firearm.

## INTRODUCTION

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearm, and Explosives ("ATF") and have been since December 2021. I am federal law enforcement officer within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant. I have been employed with ATF since 2021. I have a bachelor's degree from Middle Tennessee State University with a Criminal Justice major. Prior to working for the ATF, I was employed as a police officer with the Metropolitan Nashville Police Department from June 2012 through April 2021. During my employment with the Metropolitan Nashville Police Department, I spent approximately seven years in an investigative capacity. During the course of my career, I have been involved in a variety of investigations ranging from simple possession of narcotics and firearms to complex conspiracies. Additionally, during my law enforcement career I have participated in numerous search and arrest warrants. I have conducted numerous investigations of firearm related offenses in violation of 18 U.S.C. § 922(g), as well as wire and physical surveillance, executions of search warrants, debriefing of informants, and reviews of taped conversations and transaction records. I have also participated in and been lead detective in homicide investigations. The investigations include overdose deaths, murders, and accidental deaths.

2. Throughout my training as a Special Agent with the ATF, I was trained to conduct

physical surveillance, interview sources of information and defendants, serve and review telephone subpoenas, serve search warrants and arrest warrants, investigate firearms and narcotics trafficking, National Firearm Act (NFA) violations, Hobbs Act violations, undercover firearms and narcotics investigations, and the interception of wire communication. I routinely refer to and utilize these laws and regulations during the course of my official duties. I am currently assigned to ATF Memphis Group IV. My duties include the investigation of violations of federal firearms laws and regulations occurring within the Western District of Tennessee.

3. This affidavit does not contain all the information discovered during this investigation, only the facts and circumstances believed necessary to provide a legal basis for the offense charged. The facts and circumstances in this affidavit come from my personal observations, my training and experience, and information obtained from witnesses and other law enforcement investigators.

4. Based on the facts set forth in this affidavit, there is probable cause to believe that YOUNG has violated 18 U.S.C. § 922(g)(1).

**PROBABLE CAUSE**

5. On February 18, 2026, Germantown Police Department (GPD) conducted a traffic stop on a Mercedes-Benz with an expired Texas dealer plate. The plate 0SB47739 expired in September 2025.

6. The driver of the vehicle provided his social security number and date of birth. When GPD ran the provided social security number they learned the driver was YOUNG.

7. Additionally, GPD detected the odor of marijuana emitting from the vehicle when speaking with YOUNG.

8. GPD conducted a search of the vehicle based on the odor of marijuana and located a plastic bag in the center console containing 7.4 grams of suspected marijuana. Also located in the center

console was a suspected Xanax pill and a suspected MDMA pill.

9. GPD located a Smith and Wesson, Model: M&P Shield, Caliber: 9mm, Serial number: JBV9739. When the serial number was verified, the firearm showed to be stolen.

10. In a query of Shelby County Justice Portal, YOUNG showed to be on 4 years of supervised release (probation) for an aggravated assault, which is a felony. Additionally, YOUNG was on probation at the time of this arrest.

11. YOUNG did not provide any statements to law enforcement.

12. On February 19, 2026, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Special Agent (SA) Kyle Williams was provided with YOUNG'S conviction documents. The documents show that YOUNG pled guilty to Aggravated Assault on June 27, 2025, where YOUNG was sentenced to 4 years of supervised release.

13. An ATF Interstate Nexus Agent was provided with a picture of the firearm and determined the firearm was not manufactured in Tennessee thus the firearm traveled in or affected interstate commerce.

14. Based upon the foregoing facts, I submit that probable cause exists showing that YOUNG committed the offense 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm.

Respectfully Submitted,

Kyle Williams, Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Sworn to and subscribed before me by telephone this 20th day of February 2026.

**/s/ Charmiane G. Claxton**
12:16 PM, Feb 20, 2026

CHARMIANE G. CLAXTON
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF TENNESSEE